# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| SIMON GORO, an individual; ) | |
| TONY RUSSELL, an ) | |
| individual; REY PENA, an ) | |
| individual; JEFF BELANDER, ) | |
| an individual; GIUSEPPE ) | Case No. |
| ZIZZO, an individual, ) | 17-CV-02580-JLS-JLB |
|     Plaintiffs, ) | |
| vs. ) | |
| Flowers Foods, Inc., a ) | |
| Georgia corporation; ) | |
| FLOWERS BAKING CO. OF ) | |
| CALIFORNIA, LLC, a ) | |
| California limited ) | |
| liability company; FLOWERS ) | |
| BAKING CO. OF HENDERSON, ) | |
| LLC, a Nevada limited ) | |
| liability company; and DOES ) | |
| 1 through 100, inclusive, ) | |
| ) | |
|     Defendants. ) | |

30(b)(6) DEPOSITION OF CHARLES PALMER RICH

CONFIDENTIAL

San Diego, California

September 7, 2018

REPORTED BY CYNTHIA DENISE STIRES, CSR NO. 4472

```
 1
 2                    UNITED STATES DISTRICT COURT
 3                  SOUTHERN DISTRICT OF CALIFORNIA
 4
 5    _____
            SIMON GORO, AN INDIVIDUAL;      )
 6          TONY RUSSELL, AN                )
            INDIVIDUAL; REY PENA, AN        )
 7          INDIVIDUAL; JEFF BELANDER,      )
            AN INDIVIDUAL; GIUSEPPE         ) Case No.
 8          ZIZZO, AN INDIVIDUAL,           ) 17-CV-02580-JLS-JLB
 9                Plaintiffs,               )
10          vs.                             )
11          FLOWERS FOODS, INC., A          )
            GEORGIA CORPORATION;            )
12          FLOWERS BAKING CO. OF           )
            CALIFORNIA, LLC, A              )
13          CALIFORNIA LIMITED              )
            LIABILITY COMPANY; FLOWERS      )
14          BAKING CO. OF HENDERSON,        )
            LLC, A NEVADA LIMITED           )
15          LIABILITY COMPANY; AND DOES     )
            1 THROUGH 100, INCLUSIVE,       )
16                                          )
                  Defendants.               )
17    _____)
18
19         DEPOSITION OF CHUCK RICH, commencing at the hour
20    of 10:04 A.M., Friday, September 7, 2018, at 225
21    Broadway, 21st Floor, San Diego, California, San Diego,
22    California, before Cynthia Denise Stires, Certified
23    Shorthand Reporter in and for the State of California.
24
25
```

1   Q.   And do you know if those discussions have, in
2   fact, happened?
3        MR. TOBIN:  Same objections.
4        THE WITNESS:  I believe they have.
5   BY MR. TOMASEVIC:
6   Q.   And have you been a party to any of them?
7   A.   No.
8   Q.   Who would have been the one discussing these
9   things with Walmart most recently?
10       MR. TOBIN:  Same objections.  Overbroad.
11       THE WITNESS:  Could be Mark Courtney.  Could
12  be Doug Brown.  I'm not sure who would have had the
13  most recent discussion with Walmart.
14  BY MR. TOMASEVIC:
15  Q.   Greg Burchfield have those discussions in
16  your estimation?
17       MR. TOBIN:  Same objections.
18       THE WITNESS:  I'm not sure.  I only met him
19  one time.  I don't really know what he does.
20  BY MR. TOMASEVIC:
21  Q.   How about for -- who are the -- strike that.
22       Who are the three largest customers of
23  Flowers in terms of the DSD segment?
24       MR. TOBIN:  Objection.  Vague and ambiguous.
25       THE WITNESS:  Well, the --

Page 112

1          MR. TOBIN:  Let me finish.  Foundation and
2     exceeds the scope.
3          THE WITNESS:  The largest customer is the
4     distributors.  That's who the product is first off sold
5     to.  So the largest customer is the distributor.  If
6     you look at beyond that, you know, who buys the most
7     product from distributors, Walmart would be No. 1.  And
8     I'm not sure how the others rank.  They have changed in
9     the past, but there's a lot of big chains.  So I'm not
10    sure after Walmart how it shakes out.
11    BY MR. TOMASEVIC:
12         Q.   Who would be in the top five?  Kroger?
13         MR. TOBIN:  Same objections.
14         THE WITNESS:  Walmart, Kroger, potentially
15    Burger King, potentially Dollar General, potentially
16    Safeway.
17    BY MR. TOMASEVIC:
18         Q.   Who's on the national accounts team currently
19    for Safeway?
20         MR. TOBIN:  Same objections.
21         THE WITNESS:  I don't know.
22    BY MR. TOMASEVIC:
23         Q.   For Burger King?
24         MR. TOBIN:  Same objections.
25         THE WITNESS:  I don't know.

1  STATE OF CALIFORNIA

2  COUNTY OF SAN DIEGO

3

4         I, CYNTHIA DENISE STIRES, Certified Shorthand

5  Reporter, in and for the State of California,

6  Certificate Number 4472, do hereby certify:

7         That the witness in the foregoing deposition

8  was by me first duly sworn to testify to the truth, the

9  whole truth, and nothing but the truth; that said

10 deposition was taken before me pursuant to notice, at

11 the time and place therein set forth, and reported by

12 me in shorthand and transcribed, through computer-aided

13 transcription, under my direction; and that the above

14 and foregoing pages are a true record of the testimony

15 elicited and proceedings had at said deposition.

16        I do further certify that I am a

17 disinterested person and am in no way interested in the

18 outcome of this action or connected with or related to

19 any of the parties in this action or to their

20 respective counsel.

21        In witness whereof, I have hereunto set my

22 hand this ___18th___ day of ___September___, 2018.

23

24        _____

25        CYNTHIA DENISE STIRES, CSR NO. 4472