# EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2

 3    SCOTT REHBERG, WILLARD ALLEN
      RILEY, and MARIO RONCHETTI,
 4    individually and on behalf of
      all similarly situated individuals,
 5

 6         Plaintiffs,

 7
      vs.                        CASE NO.:  3:12-cv-00596-MOC-DSC
 8
      FLOWERS FOODS, INC. and
 9    FLOWERS BAKING CO. OF
      JAMESTOWN, LLC,
10
           Defendants.
11    _____/

12                       VIDEO DEPOSITION OF

13                        JIMMY WOODWARD

14
                       Taken on Behalf of
15
      DATE TAKEN:     August 25, 2015
16    TIME:           9:00 a.m. - 4:45 p.m.
      PLACE:          1500 Mahan Drive, Suite 140
17                    Tallahassee, Florida  32308

18
           Examination of the witness taken before:
19
               CLARA C. ROTRUCK, Court Reporter
20              1500 Mahan Drive - Suite 140
                Tallahassee, Florida, 32308
21

22

23

24

25
```

EXHIBIT
44

CONFIDENTIAL                                           FLO-RICH 00067687

```
 1        A    No.
 2        Q    And in an anticipation of this deposition did
 3   you review any document relating to Flowers or
 4   distributors?
 5        A    No.
 6        Q    I understand that Flowers served a subpoena on
 7   you a couple of weeks ago, correct?
 8        A    Yes.
 9        Q    Okay.  And did you -- they were seeking
10   certain documents from you, correct?
11        A    Correct.
12        Q    And do you have any documents in your
13   possession that you could give them?
14        A    None.
15        Q    Okay.  I would like to begin my talking about
16   your employment background with Flowers.  What was your
17   first position with Flowers?
18        A    December 1985, I was recruited and hired as
19   the company's first in-house tax manager.
20        Q    And what were your job duties in that
21   capacity?
22        A    It was tax compliance with respect to income
23   tax, meaning filing the consolidate income tax return
24   Federal.  Compliance with State income tax, State
25   franchise tax, et cetera.  It was representing the
```

CONFIDENTIAL                                              FLO-RICH 00067701

```
 1   company IRS field audits of income, income tax and/or
 2   any other field audits, payroll, State.
 3          It was the tax approval for financial
 4   reporting purposes, and then it grew into because of my
 5   interest and proactive manner it grew into areas of
 6   fringe benefits like define benefit retirement plan.  I
 7   started the company's 401K plan, deferred compensation.
 8   So I did not limit my field just to income tax.
 9       Q    Well, as the tax manager did you have any
10   responsibilities related to Flowers' DSD distributors?
11       A    I had no direct responsibilities, no.
12       Q    What about indirect responsibilities?
13       A    Well, again when you say -- you haven't
14   defined responsibilities.  I was an employee of Flowers
15   Industries initially and then subsequently an employee
16   of Flower Foods.  Those specific entities had no
17   independent distributors.  The subsidiaries have
18   independent distributors.  On many of those subsidiaries
19   I was a named officer so that I could sign.  When I say,
20   "officer", it would be like assistant treasurer so that
21   I could sign State tax returns purely for ease of
22   execution of tax compliance.  And again, I had no direct
23   responsibility in any form for distributors.
24       Q    However, you handled tax matters that related
25   to distributors, correct?
```

CONFIDENTIAL
FLO-RICH 00067702

```
 1        A    I did handle tax matters related to
 2   distributors, correct.
 3        Q    And as part of your -- as part of your job in
 4   handling those tax matters you educated yourself on the
 5   job responsibilities of distributors, correct?
 6        A    Yes.
 7            MR. HISHTA:  Objection, leading.
 8   BY MR. WANTA:
 9        Q    Mr. Horn -- I am sorry, Mr. Woodward, did you
10   educate yourself on the job responsibilities of
11   distributors as the tax manager?
12            MR. HISHTA:  Objection, ambiguous and
13       misstates the function of distributors.
14   BY MR. WANTA:
15        Q    You can go ahead and answer.  The only time
16   that you should not answer a question is if the Special
17   Master instructs you not to answer.
18        A    Yes, I spent a tremendous amount of time
19   educating myself with respect to the activities of the
20   independent distributors.
21        Q    And how --
22        A    And I prepared the first independent
23   distributor manual, if you will, to assist independent
24   distributors and their certified public accountants with
25   their understanding of what the law required of them as
```

CONFIDENTIAL                                              FLO-RICH 00067703

Case 1:15-cv-02838-MHC-JSA   Document 84-5   Filed 10/20/18   Page 6 of 9 PageID #:
Case 1:15-cv-02838-MHC-JSA   Document 84-5   Filed 10/20/18   Page 6738 of 2956 PageID #:

Jimmy Woodward
8/25/2015                                                     Page: 18

 1   statutory employees.

 2        Q    And what did you do to educate yourself about

 3   the job duties and responsibilities of distributors?

 4        A    Well, I read intensively the law with respect

 5   to statutory employees.  I read extensively the

 6   regulations, any court cases, Revenue rulings, private

 7   letter rulings that existed at the time.  There is a

 8   tremendous amount of literature available on the

 9   Internal Revenue Services 20 question test as far as who

10   is a common law employee.  I studied that area

11   significantly.

12             In addition to the specific requirements of

13   the uniqueness of a statutory employee.  So I mean, make

14   no mistake about it, I am a certified public accountant

15   and I am a profession.  I am not a lawyer, but I am not

16   stupid and I read and I understand, and I am very proud

17   of my profession and the level of understanding that I

18   have of the subject.

19        Q    Speaking of that, you called me, you called me

20   a couple of months ago and you wanted to tell me some

21   information about this litigation.  Do you recall that?

22        A    Yes.

23        Q    How did you learn about the litigation?

24        A    I saw it on the computer screen.  I have

25   Flower Foods on my stock ticker and as with any stock

CONFIDENTIAL                                              FLO-RICH 00067704

```
 1   BY MR. WANTA:

 2       Q    Okay, Mr. Woodward, we are back from break.

     Before we move on to beyond your job duties at Flowers,

     I want to clarify a few things for the record.

 5            Was there a change in the job duties of the

     distributors from the time when they are employees to

     when the company transitioned to a contractor model?

 8            MR. HISHTA:  Objection to the extent it calls

 9       for a legal conclusion.  Also object to the

10       terminology, job duties.

11            THE WITNESS:  Do you want me to answer?

12   BY MR. WANTA:

13       Q    Yes, please.

14       A    I started with the company in December of

15   1985.  When I started with the company there was a test,

16   there was a test if you will in south Florida and maybe

17   one other location of what I heard as an independent

18   distributor program.

19            The company then proceeded over the next five

20   plus years in roughly half the plant facilities, half

21   the subsidiaries, converted, sold, whatever term you

22   want to use, people were employees had the opportunity

23   to purchase their territory as an independent

24   distributor.  Early on those employees were incentivized

25   even by way of a purchase discount, I believe it was
```

CONFIDENTIAL                                                     FLO-RICH 00067752

```
 1                    CERTIFICATE OF OATH

 2    STATE OF FLORIDA

 3    COUNTY OF LEON

 4        I, CLARA C. ROTRUCK, the undersigned authority,

 5    certify that JIMMY WOODWARD personally appeared before

 6    me and was duly sworn.

 7

 8

 9        WITNESS my hand and official seal this 31st day of

10    August, 2015.

11

12

13

14

15                        CLARA C. ROTRUCK

16                        Notary Public, State of Florida

17                        My Commission No. FF 174037

18                        Expires: November 13, 2018

19

20

21

22

23

24

25
```

CONFIDENTIAL                                                          FLO-RICH 00067881

```
 1                      CERTIFICATE

 2

 3    STATE OF FLORIDA

 4    COUNTY OF LEON

 5

 6         I, CLARA C. ROTRUCK, do hereby certify that I

 7    was authorized to and did stenographically report the

 8    deposition of JIMMY WOODWARD; that a review of the

 9    transcript was not requested; and that the foregoing

10    transcript, pages 1 through 194, is a true record of my

11    stenographic notes.

12         I FURTHER CERTIFY that I am not a relative,

13    employee, or attorney, or counsel of any of the parties,

14    nor am I a relative or employee of any of the parties'

15    attorney or counsel connected with the action, nor am I

16    financially interested in the action.

17

18         DATED this 31st day of August, 2015 at

19    Tallahassee, Leon County, Florida.

20

21

22

23                   CLARA C. ROTRUCK
                     Commission No. FF 174037
24                   Expires: November 13, 2018

25
```

CONFIDENTIAL                                                     FLO-RICH 00067882