1  Frank L. Tobin CA Bar No. 166344
   frank.tobin@ogletree.com
2  Clint S. Engleson CA Bar No. 282153
   clint.engleson@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   4370 La Jolla Village Drive, Suite 990
4  San Diego, CA  92122
   Telephone:  858.652.3100
5  Facsimile:   858.652.3101

6  Attorneys for Defendant FLOWERS FOODS, INC.,
   FLOWERS BAKING CO. OF CALIFORNIA, LLC, and
7  FLOWERS BAKING CO. OF HENDERSON, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON GORO, an individual; TONY RUSSELL, an individual; REY PENA, an individual; JOSE PENA, an individual; JEFF BELANDER, an individual; GUISEPPE ZIZZO, an individual,<br><br>            Plaintiffs,<br><br>       v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California limited liability company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 17-CV-02580-JLS-JLB<br><br>**DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:         November 15, 2018<br>Time:        11:30 a.m.<br>Courtroom: 5C<br><br>Judge:       Hon. Jill L. Burkhardt<br><br>Removed:   December 13, 2017<br>Trial Date:  Not Set |

36147291_1.docx

Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

I, Frank L. Tobin, declare:

1.  I am an attorney at law duly licensed and admitted to the United States District Court for the Southern District of California. I am a shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC ("Defendants"). I have personal knowledge of the matters set forth in this declaration. As for those matters stated on information and belief, I believe them to be true. If called upon as a witness, I could and would competently testify to the following.

2.  On September 28, 2018, the Court held a telephonic discovery conference regarding Plaintiffs' Request for Production No. 15. During the conference, it was discussed that testimony from out-of-state lawsuits involving different entities and different groups of distributors likely would not be discoverable. Accordingly, the Court asked my office to review Jimmy Woodward's transcript and consider producing any portions of the transcript that related to either Flowers' decision to classify distributors in California as independent contractors or else Flowers' decision to classify all distributors nationwide as independent contractors. Following the Court's suggestion, my office agreed to produce those portions of Mr. Woodward's transcript that could be construed as relating to Flowers' classification of distributors in general. Plaintiffs' counsel rejected this offer.

3.  After meeting and conferring with Plaintiffs' counsel, my office, subject to objections, produced to Plaintiffs an internal revenue recognition memorandum prepared by Flowers Foods, Inc. My office also agreed to produce all exhibits to this accounting memorandum. Additionally, my office produced to Plaintiffs' counsel correspondences between Flowers Foods, Inc. and the Securities and Exchange Commission regarding Flowers' revenue recognition practices. All of these documents were designated "confidential" pursuant to the Protective Order. On

36147291_1.docx

1                              Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

October 4, 2018, Flowers Foods, Inc. produced for deposition a person most knowledgeable ("PMK") to testify as to Flowers' revenue recognition practices, subject to objections. Attached hereto as Exhibit A is a true and correct copy of portions of the PMK's deposition transcript from the October 4, 2018 deposition. The deposition transcript was designated "confidential" pursuant to the Protective Order.

4. Following the October 4, 2018 PMK deposition, Plaintiffs requested that all appendices to the third-party accounting memorandum ("scoping memorandum") be produced. After meeting and conferring in good faith, Defendants agreed to produce two of the six appendices, subject to objections and designated "confidential" pursuant to the Protective Order.

5. On October 15, 2018, the Court held a discovery conference regarding Plaintiffs' requests for further accounting memoranda and appendices to the scoping memorandum. During the conference, the Court suggested that my office provide Plaintiffs' counsel with a description of the appendices to the scoping memorandum in an attempt to resolve the dispute. On October 19, 2018, I emailed Plaintiffs' counsel a description of the appendices which contained the information set forth in the concurrently-filed Opposition at p. 5, ln. 23 to p. 6, ln. 7.

6. Defendants did not give permission, written or otherwise, for Plaintiffs to publically file Doc. 64-4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed this 29th day of October, 2018 at San Diego, California.

/s/ *Frank L. Tobin*
Frank L. Tobin

36147291_1.docx

2  Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2018.

By: */s/ Frank L. Tobin*
Frank L. Tobin

36147291_1.docx

3   Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL