Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
Clint S. Engleson CA Bar No. 282153
clint.engleson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:  858.652.3100
Facsimile:   858.652.3101

Kevin Hishta (*Pro Hac Vice*)
kevin.hishta@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA  30303
Telephone:  404.881.1300
Facsimile:   404.870.1732

Attorneys for Defendants FLOWERS FOODS, INC.,
FLOWERS BAKING CO. OF CALIFORNIA, LLC, and
FLOWERS BAKING CO. OF HENDERSON, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIMON GORO, an individual; TONY RUSSELL, an individual; REY PENA, an individual; JOSE PENA, an individual; JEFF BELANDER, an individual; GUISEPPE ZIZZO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California limited liability company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 17-CV-02580-JLS-JLB<br><br>**DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:         January 31, 2019<br>Time:        1:30 p.m.<br>Courtroom: 4D<br><br>Complaint Filed:  December 13, 2017<br>Trial Date:           Not Set |

36080174_1.docx

Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Frank L. Tobin, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of California. I am a shareholder with the law firm Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel for defendants Flowers Foods, Inc., Flowers Baking Co. of California, Flowers Baking Co. of Modesto, and Flowers Bakeries Brands, Inc. ("Defendants"). I make this declaration in support of Defendants' Motion for Partial Summary Judgment ("Motion"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. On July 10, 2018, I conducted the deposition of plaintiff Simon Goro in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Mr. Goro taken in this action on July 10, 2018.

3. On July 11, 2018, I conducted the deposition of plaintiff Tony Russell in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Mr. Russell taken in this action on July 11, 2018.

4. On July 20, 2018, I conducted the deposition of plaintiff Rey Pena in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Mr. Pena taken in this action on July 20, 2018.

5. On August 15, 2018, I conducted the deposition of plaintiff Jeffrey Belander in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Mr.

36080174_1.docx

1   Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1  Belander taken in this action on August 15, 2018.

2      6.    On July 26, 2018, I conducted the deposition of plaintiff Giuseppe
3  Zizzo in this action.  A certified copy of the transcript from that deposition is
4  maintained by Ogletree Deakins in the normal course of business.  Attached as
5  **Exhibit E** is a true and correct copy of excerpts from the deposition transcript of Mr.
6  Zizzo taken in this action on July 26, 2018.

7      7.    On July 16, 2018, I conducted the deposition of plaintiff Jose Pena in
8  this action.  A certified copy of the transcript from that deposition is maintained by
9  Ogletree Deakins in the normal course of business.  Attached as **Exhibit F** is a true
10  and correct copy of excerpts from the deposition transcript of Mr. Pena taken in this
11  action on July 16, 2018.

12      8.    On June 6, 2018, Plaintiff Simon Goro served *supplemental* responses
13  to Defendant Flowers Baking Co. of Henderson's Interrogatories.  Attached as
14  **Exhibit G** is a true and correct copy of Mr. Goro's verified, *supplemental* responses
15  to Interrogatories.

16      9.    On June 6, 2018, Plaintiff Tony Russell served *supplemental* responses
17  to Defendant Flowers Baking Co. of Henderson's Interrogatories.  Attached as
18  **Exhibit H** is a true and correct copy of Mr. Russell's verified, *supplemental*
19  responses to Interrogatories.

20      10.    On June 6, 2018, Plaintiff Rey Pena served *supplemental* responses to
21  Defendant Flowers Baking Co. of Henderson's Interrogatories.  Attached as **Exhibit**
22  **I** is a true and correct copy of Mr. Pena's verified, *supplemental* responses to
23  Interrogatories.

24      11.    On June 6, 2018, Plaintiff Jose Pena served *supplemental* responses to
25  Defendant Flowers Baking Co. of Henderson's Interrogatories.  Attached as **Exhibit**
26  **J** is a true and correct copy of Mr. Pena's verified, *supplemental* responses to
27  Interrogatories.

28      12.    On June 6, 2018, Plaintiff Jeff Belander served *supplemental* responses

36080174_1.docx

2    Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1  to Defendant Flowers Baking Co. of Henderson's Interrogatories. Attached as
2  **Exhibit K** is a true and correct copy of Mr. Belander's verified, *supplemental*
3  responses to Interrogatories.

4      13.  On June 6, 2018, Plaintiff Giuseppe Zizzo served *supplemental*
5  responses to Defendant Flowers Baking Co. of Henderson's Interrogatories.
6  Attached as **Exhibit L** is a true and correct copy of Mr. Zizzo's verified,
7  *supplemental* responses to Interrogatories.

8      14.  On October 25, 2018, my paralegal conducted internet research
9  regarding Plaintiff Simon Goro's 2012 Isuzu, with VIN 54DC4W1B7CS803946, to
10 determine its gross vehicle weight rating. Attached as **Exhibit M** is a true and
11 correct copy of the results of that search from http://www.dmv.org/vehicle-
12 history/vin-decoder.php.

13     15.  On October 25, 2018, my paralegal conducted internet research
14 regarding Plaintiff Tony Russell's 2014 Hino, with VIN JHHSPM2H8EK001257, to
15 determine its gross vehicle weight rating. Attached as **Exhibit N** is a true and
16 correct copy of the results of that search from http://www.dmv.org/vehicle-
17 history/vin-decoder.php.

18     16.  On October 25, 2018, my paralegal conducted internet research
19 regarding Plaintiff Tony Russell's 2012 Isuzu truck/trailer, with VIN
20 54DC4W1B8C2803860, to determine its gross vehicle weight rating. Attached as
21 **Exhibit O** is a true and correct copy of the results of that search from
22 http://www.dmv.org/vehicle-history/vin-decoder.php.

23     17.  On October 25, 2018, my paralegal conducted internet research
24 regarding Plaintiff Rey Pena's 2001 Chevrolet van, with VIN 1GBJG1R511234536,
25 to determine its gross vehicle weight rating. Attached as **Exhibit P** is a true and
26 correct copy of the results of that search from http://www.dmv.org/vehicle-
27 history/vin-decoder.php.

28     18.  On October 25, 2018, my paralegal conducted internet research

36080174_1.docx

3      Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

regarding Plaintiff Jose Pena's 2011 Freightliner, with VIN 1FVACYDT9BD8V7738, to determine its gross vehicle weight rating. Attached as **Exhibit Q** is a true and correct copy of the results of that search from http://www.dmv.org/vehicle-history/vin-decoder.php.

19. On October 25, 2018, my paralegal conducted internet research regarding Plaintiff Jose Pena's 2004 Isuzu MPR, to determine its gross vehicle weight rating. Attached as **Exhibit R** is a true and correct copy of the results of that search from https://www.isuzucv.com/en/nseries/diesel_specs.

20. On October 25, 2018, my paralegal conducted internet research regarding Plaintiff Jose Pena's 2006 Ford Econoline E350, to determine its gross vehicle weight rating. Attached as **Exhibit S** is a true and correct copy of the results of that search from https://www.driverside.come/specs/ford-econoline_cargo_van-2006-4682-10868-0.

21. On October 25, 2018, my paralegal conducted internet research regarding Plaintiff Jeff Belander's 2001 Mitsubishi Fuso, to determine its gross vehicle weight rating. Attached as **Exhibit T** is a true and correct copy of the results of that search from http://www.mitfuso.com/en-us/models/fe130.

22. On October 25, 2018, my paralegal conducted internet research regarding Plaintiff Guiseppe Zizzo's 2007 International 4300, to determine its gross vehicle weight rating. Attached as **Exhibit U** is a true and correct copy of the results of that search from http://alliancemotorsinc.com/scripts/4300.pdf.

23. On October 25, 2018, my paralegal conducted internet research regarding Plaintiff Guiseppe Zizzo's 2012 Isuzu NPR, to determine its gross vehicle weight rating. Attached as **Exhibit V** is a true and correct copy of the results of that search from https://www.isuzucv.com/en/app/site/pdf?file=npr_gas_specs.pdf.

24. Attached hereto as **Exhibit W** is a true and correct copy of Plaintiffs' pre-filing notice letter to me (on Defendants' behalf) and the California Labor & Workforce Development Agency regarding the alleged basis for Plaintiffs' claims

36080174_1.docx

4  Case No. 17-CV-02580-JLS-JLB

DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1 under the Private Attorneys General Act of 2004 ("PAGA").

2     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on November 16, 2018, at San Diego, California.

                              /s/ Frank L. Tobin
                              Frank L. Tobin

36080174_1.docx

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 16, 2018.

By: /s/ Frank L. Tobin
Frank L. Tobin

36080174.1

36080174_1.docx

6   Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT