**NICHOLAS & TOMASEVIC, LLP**
  Craig M. Nicholas (SBN 178444)
  Alex Tomasevic (SBN 245598)
  Shaun Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON GORO, an individual; TONY RUSSELL, an individual; REY PENA, an individual; JOSE PENA, an individual; JEFF BELANDER, an individual; GUISEPPE ZIZZO, an individual,<br><br>              Plaintiffs,<br><br>        vs.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California limited liability company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company;<br><br>              Defendants. | Case No. 17-cv-02580-JLS-JLB<br><br>**DECLARATION OF SHAUN MARKLEY IN SUPPORT OF PLAINTIFF TONY RUSSELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' FIRST AFFIRMATIVE DEFENSE**<br><br>**Date**:         January 31, 2019<br>**Time**:         1:30 p.m.<br>**Courtroom**:  4D (4th Floor Schwartz)<br><br>**District Judge**:   Janis L. Sammartino<br>**Magistrate Judge**: Jill L. Burkardt<br><br>**Date of Removal**:  December 28, 2017 |

I, Shaun Markley, declare:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California, the Southern District of California, and the Northern District of California. I am an associate with the law firm of Nicholas & Tomasevic, LLP, counsel for record for Plaintiffs. I am familiar with the facts of this case and if called upon as a witness I could testify to the following facts based on my own personal knowledge. I make this declaration in support of Plaintiff Tony Russell's Motion for Partial Summary Judgment.

2. Attached as **Exhibit A** is a true and correct printout of Flowers Foods, Inc.'s "At-A-Glance" webpage and "Investor Fact Sheet" (also available online). My office accessed these webpages on November 16, 2018, at http://www.flowersfoods.com/investors/flo-overview/at-a-glance, and https://www.flowersfoods.com/~/media/Files/F/Flowers-Foods/documents/Flowers-Foods-Investor-Fact-Sheet respectively and prepared a this PDF printout.

3. Attached as **Exhibit B** is a true and correct copy of Flowers Foods, Inc.'s Form 10-K, for the fiscal year ended December 30, 2017 with the United States Securities and Exchange Commission ("SEC"). My office downloaded a copy of this public SEC filing from Flowers Foods, Inc.'s "SEC Filings" webpage, located at https://www.flowersfoods.com/investors/reports-and-filings/sec-filings. Flowers financial statements are intended to accurately and truthfully disclose information such as financial condition and business practices and to provide investors with information on which to make investing decisions. Ex. EE (Davis Dep. Tr.) at pp. 11-16.

4. Attached as **Exhibit C** is a true and correct copy of the job description for the position of Director of Sales, Deposition Exhibit 103, Bates-stamped FLO-SOA0001191, and authenticated in the Deposition of Thomas Edward Wilson,

30(b)(6) Corporate Designee of Flowers Foods, Inc., taken in the case of *Soares, et al. v. Flowers Foods, Inc., et al.*, Case No. 3:15-cv-04918-JSC (the "*Soares* case").

5. Attached as **Exhibit D** is a true and correct copy of the job description for the position of Branch Sales Manager. Counsel for Flowers recently produced this document to Plaintiffs' counsel, but has not produced a Bates labeled version at this time.

6. Attached as **Exhibit E** is a true and correct copy of an organizational chart for Flowers Baking Company of California, LLC, Deposition Exhibit 94, and authenticated in the Deposition of Thomas Edward Wilson, Corporate Designee of Flowers Foods, taken in the *Soares* case.

7. Attached as **Exhibit F** is a true and correct copy of a memorandum from Duane Pope, Regional Vice President of Flowers Bakeries regarding "Flowers Bakeries Structure Changes," produced in discovery by Plaintiff Tony Russell and Bates-stamped RUSSELL000393.

8. Attached as **Exhibit G** is a true and correct copy of Wal-mart's "DSD Supplier Expectations." Flowers makes customer or retailer requirements available to distributors via an online "Portal." As of November 16, 2018, Mr. Russell's Portal contained Exhibit G which my office printed off and attached here as a PDF.

9. Attached and filed under seal as **Exhibit H** is a true and correct copy of the Supplier Agreement with Wal-Mart, produced in discovery by Flowers and Bates-stamped FBCofH001398-1407. Flowers has produced no documents in this case suggesting it has delegated any rights under this contract.

10. Attached and filed under seal as **Exhibit J** is a true and correct copy of a Product Agreement with Sonic, dated August 1, 2017, produced in discovery by Flowers and Bates-stamped FBCofH0001439-1447.

11. Attached and filed under seal as **Exhibit K** is a true and correct copy of a Product Agreement with Sonic, dated November 1, 2016, produced in discovery by Flowers and Bates-stamped FBCofH0001450-1460. Flowers has

produced no documents in this case suggesting it has delegated any rights under this contract.

12. Attached and filed under seal as **Exhibit L** is a true and correct copy of the Distributor Agreement signed by Plaintiff Tony Russell, signed April 10, 2013, produced in discovery by Flowers and Bates-stamped FBCofH000649-694.

13. Attached and filed under seal as **Exhibit M** is a true and correct copy of the Interoffice Memorandum to the 2011 Audit File from Craig Coppedge regarding "VIE ANALYSIS FOR INCORPORATE ENTITIES," dated June 25, 2013, produced in discovery by Flowers and Bates-stamped FBCofH001545-1549.

14. Attached and filed under seal as **Exhibit N** is a true and correct copy of the Interoffice Memorandum to Vandy Davis from Craig Coppedge regarding "REVENUE RECOGNITION UPDATES," dated May 13, 2018, produced in discovery by Flowers and Bates-stamped FBCofH001514-1544.

15. Attached and filed under seal as **Exhibit O** is a true and correct copy of a memorandum from the Flowers Foods Inc. Accounting Department to Accounting Files regarding "New Revenue Standard – Scoping Assessment and Considerations," dated July 2017, produced in discovery by Flowers and Bates-stamped FBCofH001713-1724.

16. Attached as **Exhibit P** is a true and correct copy of Albertsons's Vendor Code of Conduct. Flowers makes customer or retailer requirements like this available to distributors via an online "Portal." As of November 16, 2018, Mr. Russell's Portal contained Exhibit P which my office printed off and attached here as a PDF.

17. Attached as **Exhibit Q** is a true and correct copy of the Kroger Enterprise Vendor Dress and Conduct Policy. Flowers makes customer or retailer requirements like this available to distributors via an online "Portal." As of November 16, 2018, Mr. Russell's Portal contained Exhibit Q which my office printed off and attached here as a PDF.

18. Attached as **Exhibit R** is a true and correct copy of the Olive Garden Service Procedures. Flowers makes customer or retailer requirements like this available to distributors via an online "Portal." As of November 16, 2018, Mr. Russell's Portal contained Exhibit R which my office printed off and attached here as a PDF.

19. Attached as **Exhibit S** is a true and correct copy of the Declaration of Tony Russell, filed in the case of *Ludlow v. Flowers Foods, Inc., et al.*, Case No. 3:18-cv-01190-BEN-BLM (the "*Ludlow* case").

20. Attached and filed under seal as **Exhibit T** is a true and correct copy of a redacted letter from Flowers Baking Co. of Henderson, LLC regarding "Distributor Agreement between Flowers Baking Co. of Henderson LLC ("Company") and [redacted] ("Distributor") dated 5/12/2014 (hereinafter "Distributor Agreement")," dated February 5, 2018. Flowers produced these documents in the course of this litigation while redacting the distributor's personal information from the letter as an example of the types of breach letters that it issues to distributors like Mr. Russell.

21. Attached and filed under seal as **Exhibit U** is a true and correct copy of a redacted letter from Flowers Baking Co. of Henderson, LLC regarding "Distributor Agreement between Flowers Baking Co. of Henderson LLC ("Company") and [redacted] ("Distributor") dated 3/11/13 (hereinafter collectively referred to as the "Distributor Agreement")," dated July 31, 2015. Flowers produced these documents in the course of this litigation while redacting the distributor's personal information from the letter as an example of the types of breach letters that it issues to distributors like Mr. Russell.

22. Attached and filed under seal as **Exhibit V** is a true and correct copy of a redacted letter from Flowers Baking Co. of Henderson, LLC regarding "Distributor Agreement between Flowers Baking Co. of Henderson LLC ("Company") and [redacted] ("Distributor") dated 10/14/2013 (hereinafter

"Distributor Agreement")," dated January 4, 2018. Flowers produced these documents in the course of this litigation while redacting the distributor's personal information from the letter as an example of the types of breach letters that it issues to distributors like Mr. Russell.

23. Attached and filed under seal as **Exhibit W** is a true and correct copy of a redacted letter from Flowers Baking Co. of Henderson, LLC regarding "Distributor Agreement between Flowers Baking Co. of Henderson LLC ("Company") and [redacted] ("Distributor") dated 4/8/2013 (hereinafter "Distributor Agreement")," dated June 13, 2017. Flowers produced these documents in the course of this litigation while redacting the distributor's personal information from the letter as an example of the types of breach letters that it issues to distributors like Mr. Russell.

24. Attached and filed under seal as **Exhibit X** is a true and correct copy of a redacted letter from Flowers Baking Co. of Henderson, LLC regarding "Distributor Agreement between Flowers Baking Co. of Henderson LLC ("Company") and [redacted] ("Distributor") dated 4/8/2013 (hereinafter collectively referred to as the "Distributor Agreement")," dated May 4, 2016. Flowers produced these documents in the course of this litigation while redacting the distributor's personal information from the letter as an example of the types of breach letters that it issues to distributors like Mr. Russell.

25. Attached and filed under seal as **Exhibit Y** is a true and correct copy of excerpts from the deposition transcript of Charles P. Rich taken on September 7, 2018.

26. Attached and filed under seal as **Exhibit Z** is a true and correct copy of excerpts from the deposition transcript of Tyler M. Schoenewald in his individual capacity taken on August 30, 2018.

DECLARATION OF SHAUN MARKLEY IN SUPPORT OF RUSSELL'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

27. Attached and filed under seal as **Exhibit AA** is a true and correct copy of excerpts from the deposition transcript of Tyler M. Schoenewald in his capacity as Person Most Knowledgeable taken on August 30, 2018.

28. Attached and filed under seal as **Exhibit BB** is a true and correct copy of excerpts from the deposition transcript of Richard Broker taken on August 24, 2018.

29. Attached and filed under seal as **Exhibit CC** is a true and correct copy of excerpts from the deposition transcript of David Schatz taken on August 29, 2018.

30. Attached and filed under seal as **Exhibit DD** is a true and correct copy of excerpts from the deposition transcript of Tony Russell taken on July 11, 2018.

31. Attached and filed under seal as **Exhibit EE** is a true and correct copy of excerpts from the deposition transcript of Vandy T. Davis taken on October 4, 2018.

32. Attached as **Exhibit FF** is a true and correct copy of Flowers Foods, Inc.'s Form 10-K, for the fiscal year ended January 1, 2011 with the United States Securities and Exchange Commission ("SEC").  My office downloaded a copy of this public SEC filing from Flowers Foods, Inc.'s "SEC Filings" webpage, located at https://www.flowersfoods.com/investors/reports-and-filings/sec-filings. Flowers financial statements are intended to accurately and truthfully disclose information such as financial condition and business practices and to provide investors with information on which to make investing decisions. Ex. EE (Davis Dep. Tr.) at pp. 11-16.

33. Attached as **Exhibit GG** is a true and correct copy of Flowers Foods, Inc.'s Form 10-K, for the fiscal year ended December 28, 2013, with the United States Securities and Exchange Commission ("SEC").  My office downloaded a copy of this public SEC filing from Flowers Foods, Inc.'s "SEC Filings" webpage, located at https://www.flowersfoods.com/investors/reports-and-filings/sec-filings.

Flowers financial statements are intended to accurately and truthfully disclose information such as financial condition and business practices and to provide investors with information on which to make investing decisions. Ex. EE (Davis Dep. Tr.) at pp. 11-16.

34. Attached as **Exhibit HH** is a true and correct copy of the Superior Court or Orange County's ruling on *Motion in Limine* in the matter of *Johnson v. VCG-IS, LLC* (Case No. 30-2015-00802813-CU-CR-CXC) dated July 18, 2018.

35. Flowers did not produce any documents that indicated that it has assigned or otherwise transferred its rights and obligations under the Walmart or Sonic agreements, *supra*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 16, 2018, in San Diego, California.

By:   */s/ Shaun Markley*
      Shaun Markley