Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
Clint S. Engleson CA Bar No. 282153
clint.engleson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   858-652-3100
Facsimile:    858-652-3101

Kevin Hishta (*Pro Hac Vice*)
kevin.hishta@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA  30303
Telephone:   404.881.1300
Facsimile:    404.870.1732

Attorneys for Defendants FLOWERS FOODS, INC.,
FLOWERS BAKING CO. OF CALIFORNIA, LLC, and
FLOWERS BAKING CO. OF HENDERSON, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON GORO, an individual; TONY RUSSELL, an individual; REY PENA, an individual; JOSE PENA, an individual; JEFF BELANDER, an individual; GUISEPPE ZIZZO, an individual,<br><br>                Plaintiffs,<br><br>          v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California limited liability company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 17-CV-02580-JLS-JLB<br><br>**DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISPUTED DOCUMENTS AND FOR SANCTIONS**<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Complaint Filed:   December 13, 2017<br>Trial Date:            Not Set |

39030958_1.docx

I, Frank L. Tobin, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of California. I am a shareholder with the law firm Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel for defendants Flowers Foods, Inc., Flowers Baking Co. of California and Flowers Baking Co. of Henderson, Inc. ("Defendants"). I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Disputed Documents and for Sanctions. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. A true and correct copy of excerpts from the deposition transcript of Chuck Rich's September 7, 2018 deposition in this case is attached hereto as **Exhibit A**. Mr. Rich is the Vice President of Compliance for the Distributor Enablement Group for Flowers Bakeries, LLC.

3. On June 21, 2018, the Court held an informal discovery conference regarding Plaintiffs' RFP No. 5, among others. A true and correct copy of the parties' Joint Statement of Discovery Dispute, lodged with the Court on June 19, 2018, is attached hereto as **Exhibit B**. Following the Court's input on RFP No. 5 during the informal discovery conference, Plaintiffs did not further pursue it.

4. On September 28, 2018, the Court held an informal discovery conference regarding RFP Nos. 18 and 19, among others. A true and correct copy of the parties' Joint Statement of Discovery Dispute, lodged with the Court on September 20, 2018, is attached hereto as **Exhibit C**. Please note that the dates indicated by the signature lines were inadvertently left from the prior Joint Statement and are incorrect.

5. Flowers Foods, Inc. ("Flowers") is a named defendant in the *In Re Flowers Foods, Inc. Securities Litigation*, Middle District of Georgia case no. 16-cv-0222-WLS (the "Securities Litigation"). I am informed and believe that Flowers produced approximately 31,377 documents totaling 363,294 pages in the Securities

DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISPUTED DOCUMENTS AND FOR SANCTIONS

Litigation. I am further informed and believe that Flowers withheld approximately 6,688 documents and redacted approximately 560 documents on the basis of privilege and/or work product in the Securities Litigation. I am informed and believe that the withheld and redacted documents fall into the following categories, among others: (i) draft SEC filings, including quarterly and annual reports reflecting the advice of counsel; (ii) communications with counsel detailing litigation and other legal strategy; (iii) minutes of meetings of the Flowers Board of Directors and committees thereof reflecting the advice of counsel; (iv) internal presentations reflecting the advice of counsel; (v) drafts of public speeches and/or presentations reflecting the advice of counsel; and (vi) legal memoranda. I am further informed and believe that Flowers produced four privilege logs in the Securities Litigation, identifying thousands of documents, and prepared additional logs that were not produced due to the stay of discovery and settlement in principle of that case.

6. Flowers inadvertently produced and then clawed back two documents in the Securities Litigation. Those documents bear the following Bates ranges: SECLITFLO 00155165 — 422 and SECLITFLO 00351582 — 839 (the "clawed-back" documents).

7. On June 12, 2019, Defendants in the related matter of *Ludlow v. Flowers Foods, Inc.*, case no. 18-cv-01190-JLS-JLB, provided to Plaintiffs a privilege log identifying two clawed-back documents inadvertently produced in the Securities Litigation. A true and correct copy of this Privilege Log is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on June 24, 2019, at San Diego, California.

/s/ *Frank L. Tobin*
Frank L. Tobin

39030958_1.docx

2   Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISPUTED DOCUMENTS AND FOR SANCTIONS

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2019.

By: /s/ *Frank L. Tobin*
Frank L. Tobin

39030958.1

39030958_1.docx

3   Case No. 17-CV-02580-JLS-JLB
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISPUTED DOCUMENTS AND FOR SANCTIONS