Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   858-652-3100
Facsimile:    858-652-3101

[*Additional Counsel Below*]

Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC

Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON GORO, an individual; TONY RUSSELL, an individual; REY PENA, an individual; JOSE PENA, an individual; JEFF BELANDER, an individual; GUISEPPE ZIZZO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California limited liability company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 17-CV-02580-TWR-JLB<br><br>**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:          November 4, 2021<br>Time:         1:30 p.m.<br>Courtroom:  3A<br><br>Complaint Filed:   December 13, 2017<br>Trial Date:          Not Set<br><br>District Judge:  Hon. Todd W. Robinson<br>Magistrate Judge: Hon. Jill L. Burkhardt |

FINAL - 10-25-2021 Joint

Kevin Hishta (*Pro Hac Vice*)
kevin.hishta@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA  30303
Telephone:   404.881.1300
Facsimile:    404.870.1732

Jared L. Palmer, CA Bar No. 287974
jared.palmer@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:   415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC

FINAL - 10-25-2021 Joint

Case No. 17-CV-02580-TWR-JLB
JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING DEFS.' MOT. PARTIAL SUMM. J.

Defendants Flowers Foods, Inc., Flowers Baking Company of Henderson, LLC, and Flowers Baking Company of California, LLC (together, "Defendants") and Plaintiffs Simon Goro, Guiseppe Zizzo, Jeff Belander, Jose Pena, Rey Pena, and Tony Russel (together, "Plaintiffs") (collectively, the "Parties") submit the following joint statement of undisputed material facts regarding Defendants' motion for partial summary judgment in the above-captioned matter.

## **JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. Flowers Foods, Inc. is the parent holding company of numerous operating subsidiaries.

2. Flowers Baking Co. of California, LLC ("Flowers California") and its successors Flowers Baking Co. of Henderson, LLC ("Flowers Henderson") and Flowers Baking Co. of Modesto, LLC ("Flowers Modesto") are wholly owned subsidiaries of Flowers Foods, Inc. Flowers Bakeries, LLC is the sole member of Flowers California, Flowers Henderson, and Flowers Modesto. In turn, Flowers Foods, Inc. is the sole member of Flowers Bakeries, LLC.

3. Plaintiffs contracted with Flowers Baking Co. of California, LLC or its successor, Flowers Baking Co. of Henderson, LLC.

4. Flowers Baking Co. of Henderson, LLC is located in Henderson, Nevada.

5. Plaintiffs typically use vehicles with a gross vehicle weight rating or gross vehicle weight of at least 10,001 pounds to deliver products. However, Plaintiffs also use their personal vehicles at times for services the scope of which the parties disagree and these vehicles weigh less than 10,001 pounds.

6. Pursuant to Plaintiffs' Distributor Agreements ("DA"), they are not required to personally service their geographic territories, although they remain obligated to ensure service of their territories pursuant to the DA and its related attachments.

7. Pursuant to the DA and the obligations it places on parties, Plaintiffs

FINAL - 10-25-2021 Joint

1                           Case No. 17-CV-02580-TWR-JLB
JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING DEFS.' MOT. PARTIAL SUMM. J.

used vehicles they either leased or purchased at their own expense.

DATED: October 25, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Frank L. Tobin*
Frank L. Tobin
Kevin Hishta
Jared L. Palmer
Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC

DATED: October 25, 2021

NICHOLAS & TOMASEVIC, LLP

By: */s/ Shaun Markley*
Craig M. Nicholas
Alex Tomasevic
Shaun Markley
Attorneys for Plaintiffs

FINAL - 10-25-2021 Joint

2                    Case No. 17-CV-02580-TWR-JLB
JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING DEFS.' MOT. PARTIAL SUMM. J.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Shaun Markley, counsel for Plaintiffs, and that I have obtained Mr. Markley's authorization to affix his electronic signature to this document.

DATED: October 25, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Frank L. Tobin*
　　Frank L. Tobin
　　Kevin Hishta
　　Jared L. Palmer
　　Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC

FINAL - 10-25-2021 Joint

3　　　Case No. 17-CV-02580-TWR-JLB
JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING DEFS.' MOT. PARTIAL SUMM. J.

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 25, 2021.

By: */s/ Frank L. Tobin*
Frank L. Tobin

49038156.1

FINAL - 10-25-2021 Joint

4   Case No. 17-CV-02580-TWR-JLB
JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING DEFS.' MOT. PARTIAL SUMM. J.