**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON GORO, an individual; TONY RUSSELL, an individual; REY PENA, an individual; JOSE PENA, an individual; JEFF BELANDER, an individual; GIUSEPPE ZIZZO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California limited liability company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-02580-JO-JLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>**Date**: March 1, 2023<br>**Time**: 9:30 a.m.<br>**Courtroom**: 4C<br><br>**Judge**: Hon. Jinsook Ohta<br>**Magistrate**: Hon. Jill L. Burkhardt<br><br>**Date of Removal**: December 28, 2017<br>**Trial Date**: Vacated |

PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR APPROVAL OF PAGA SETTLEMENT

**TO THE COURT, ALL PARTIES, THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 1, 2023, at 9:30 a.m., or as soon thereafter as this matter may be heard in the courtroom of the Honorable Jinsook Ohta, in Courtroom 4C on the 4th Floor of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Simon Goro, Tony Russell, Rey Pena, Jose Pena, Jeff Belander, and Giuseppe Zizzo will and hereby do move this Court for an Order approving the settlement agreement reached with respect to the Private Attorneys General Act ("PAGA") component of this case as required by Labor Code section 2698 *et seq.*

This motion is based on the concurrently filed Memorandum of Points and Authorities, the supporting Declaration of Alex Tomasevic and its attached exhibits, the Request for Judicial Notice, and all other pleadings and papers on file in this action, and upon such other matters or arguments as may be presented to the Court at the time of the hearing.

Respectfully submitted:

Dated: January 6, 2023

**NICHOLAS & TOMASEVIC, LLP**

By:   */s/ Shaun Markley*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org

Attorneys for Plaintiffs