# EXHIBIT 2

| | TASK | | | | | | | | | | | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Keeper (rate) | Pre-filing Notice & Investigation | Complaint research and draft | Pleadings Challenges | Ongoing Research Re Evolving Case Law | Discovery | Document Review & Analysis | Expert Discovery | MSJ Opposition | Pretrial Filings | Trial Prep. & Planning | Mediation & Settlement Approval | |
| Craig Nicholas ($700) | 0 | 1.5 | 0 | 5 | 0 | 0 | 0 | | 5 | 12 | 12 | $ 24,850.00 |
| Alex Tomasevic ($600) | 2 | 0 | 6 | 8 | 30 | 10 | 4 | 8 | 10 | 25 | 15 | $ 70,800.00 |
| Shaun Markley ($500) | 3 | 3 | 6.5 | 14 | 35 | 15 | 15 | 4 | 10 | 25 | 20 | $ 75,250.00 |
| Associates ($450) | 8 | 4 | 5 | 16 | 40 | 20 | 12 | 8 | 20 | 35 | 8 | $ 79,200.00 |
| Paralegals ($195) | 1 | 2 | 2.5 | 0 | 5 | 0 | 2 | 4 | 5 | 10 | 2 | $ 6,532.50 |
| TOTAL | | | | | | | | | | | | $ 256,632.50 |