# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON GORO, an individual; TONY RUSSELL, an individual; REY PENA, an individual; JOSE PENA, an individual; JEFF BELANDER, an individual; GIUSEPPE ZIZZO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California limited liability company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-02580-JO-JLB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF PAGA SETTLEMENT<br><br>**Date**: March 1, 2023<br>**Time**: 9:30 a.m.<br>**Courtroom**: 4C<br><br>**Judge**: Hon. Jinsook Ohta<br>**Magistrate**: Hon. Jill L. Burkhardt<br><br>**Date of Removal**: December 28, 2017<br>**Trial Date**: Vacated |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR APPROVAL OF PAGA SETTLEMENT

1     Having considered Plaintiffs Simon Goro, Tony Russell, Rey Pena, Jose Pena, Jeff Belander, and Giuseppe Zizzo's Motion for Approval of PAGA Settlement along with the pleadings filed concurrently herewith, arguments of counsel, and other matters before the Court in this action, and finding good cause, the Court hereby finds and orders as follows:

1. The settlement memorialized in the PAGA Settlement and Release Agreement ("Settlement Agreement") presented to the Court reflects a genuine and meaningful result and fulfills the public purposes of the California Private Attorneys General Act of 2004 ("PAGA") to benefit the public, and therefore meets the requirements for approval. The Court finds the Settlement Agreement fair, adequate, and reasonable.

2. The Court finds that Plaintiff's counsel's requested fees and costs are reasonable under the circumstances and approves $200,000 in fees and $11,666.67 in costs.

3. The Court appoints ILYM Group, Inc. as the Settlement Administrator.

4. The Parties and the Settlement Administrator are ordered to carry out the settlement according to the terms of the Settlement Agreement.

**IT IS SO ORDERED:**

Dated: 3/1/23

Honorable Jinsook Ohta
United States District Court Judge